**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE
JUDITH ELAINE CARTER
                              :   Chapter 13 Case No. 13-00039-SMT

    Debtor(s)


**TRUSTEE'S NOTICE TO WILMINGTON SAVINGS FUND SOCIETY, FSB**
**C/O SHELLPOINT MORTGAGE SERVICING**
**OF FINAL CURE PAYMENT AND NOTICE OF OPPORTUNITY TO RESPOND**


    Comes now Nancy Spencer Grigsby, Chapter 13 Trustee of the above-captioned matter, and pursuant to Bankruptcy Rule 3002.1(f), states that the debtor has completed all payments under the confirmed plan, and the debtor has accordingly paid in full the amount required to cure all defaults, by paying in full the pre-petition arrears claim of Wilmington Savings Fund Society, FSB c/o Shellpoint Mortgage Servicing secured by security interest in the debtor's principal residence and provided for under §1322(b)(5) in the confirmed plan.

    Please take notice that, pursuant to Bankruptcy Rule 3002.1(g), within 21 days after service of this notice and the holder of each claim shall file and serve on the debtor, debtor's counsel, and the Trustee a statement indicating (1) whether it agrees that the debtor has paid in full the amount required to cure the default on the claim, and (2) whether the debtor is otherwise current on all payments consistent with §1322(b)(5).  The statement shall itemize the required cure or post-petition amounts, if any, that each holder contends remains unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim.

Otherwise, upon failure to file a response, the Trustee's determination of final cure payment will be binding without necessity of Court Order.

| | |
|---|---|
| March 28, 2018 | /s/ NANCY L. SPENCER GRIGSBY |// 

March 28, 2018                    /s/ NANCY L. SPENCER GRIGSBY

NANCY L. SPENCER GRIGSBY
Chapter 13 Trustee
185 Admiral Cochrane Drive
Suite 240
Annapolis, MD 21401
(301) 805-4700
Fax: (301) 805-4700
ngrigsby@ch13md.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2018, a copy of the foregoing Trustee's Notice of Final Cure Payment and Notice of Opportunity to Respond, was mailed, postage prepaid, to:

Judith Elaine Carter
445 17th Street SE
Washington, DC 20003
*Debtor(s)*

Brian V. Lee, Esquire
Lee Legal, PLLC
1250 Connecticut Avenue
Second Floor
Washington, DC 20036
*Counsel for Debtor(s)*

Wilmington Savings Fund Society, FSB
c/o Shellpoint Mortgage Servicing
ATTN: Cara Perry
P.O. Box 10826
Greenville, SC 29603-0826
*Transferee*

```
Wilmington Savings Fund Society, FSB
c/o Rushmore Loan Management Services LLC
ATTN: Christina Williamson
P.O. Box 55004
Irvine, CA 92619-2708
```
*Claimant*

```
Christina Williamson, Esquire
BWW Law Group, LLC
6003 Executive Blvd., Suite 101
Rockville, MD 20852
```
*Attorney for Wilmington Savings Fund Society, FSB*

```
Kevin R. Feig, Esquire
BWW Law Group, LLC
6003 Executive Blvd., Suite 101
Rockville, MD 20852
```
*Attorney for Wilmington Savings Fund Society, FSB*

<u>/s/ Nancy Spencer Grigsby</u>
Nancy Spencer Grigsby
Chapter 13 Trustee